[926 NE2d 257, 899 NYS2d 753]

In the Matter of NORA S. ANDERSON.

Decided April 5, 2010

**OPINION OF THE COURT**

On the Court's own motion, it is determined that the suspension of Honorable Nora S. Anderson, from the office of Surrogate, New York County, imposed by order of this Court dated December 29, 2008 and effective January 1, 2009 (11 NY3d 894 [2008]), is hereby terminated.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, PIGOTT and JONES. Taking no part: Judge SMITH.